UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY-JOHN HANOIAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SANTA CRUZ COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 19-cv-00689-JST<br><br>**ORDER OF DISMISSAL** |

On February 7, 2019, Petitioner filed a pleading indicating that he sought to appeal a judgment or order from the Santa Clara County Superior Court (ECF No. 1), which the Court construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 3.) That same day, the Clerk sent a notice to Petitioner informing him that he had not attached a petition to his pleading, and providing him with a blank petition for a writ of habeas corpus. ECF No. 3. The Clerk also sent Petitioner a notice informing him that he had not paid the filing fee or filed a motion seeking leave to proceed *in forma pauperis*. ECF No. 4. Petitioner was advised that if he did not pay the filing fee or file a complete *in forma pauperis* application within twenty-eight days, his case would be dismissed. *Id.* The time for Petitioner to comply with the Court's order has passed. Accordingly, the action is DISMISSED without prejudice for failure to either pay the filing fee or file a complete *in forma pauperis* application. Because this dismissal is without prejudice, Petitioner may move to reopen the action. Any such motion **must** contain a complete

/ / /

/ / /

/ / /

/ / /

1 IFP application, or full payment for the $5.00 filing fee.  The Clerk shall terminate all pending

2 motions, enter judgment and close the file.

3 **IT IS SO ORDERED.**

4 Dated:  April 11, 2019



JON S. TIGAR
United States District Judge